# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL D.S. EDWARDS,
               Appellant,
       vs.
TIMESHARE LIQUIDATORS, LLC,
A/D/B/A TLC RESORT LIQUIDATORS,
A/D/B/A TLC RESORTS VACATION
CLUB, LLC, A/D/B/A TLC RESORTS
VACATION CLUB, A/D/B/A TLC
RESORTS, A/K/A TLCRESORTS.COM,
A/D/B/A TLC TRAVEL, A/D/B/A VIP
TRAVEL, A/D/B/A VIP VACATIONS,
               Respondent.

No. 79545

FILED

SEP 30 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from various district court orders. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court's orders are not amenable to certification as final pursuant to NRCP 54(b). No party or separate claim for relief has been completely removed from the action, and it appears that the claims asserted in the action are so closely related that this court must necessarily decide important issues pending below in order to decide the issues appealed. *Mallin v. Farmers Insurance Exchange*, 106 Nev. 606, 797 P.2d 978 (1990); *Hallicrafters Co. v. Moore*, 102 Nev. 526, 728 P.2d 441 (1986); *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d

19-40571

1152 (1984). Discovery is ongoing and the matter is set for trial on July 13, 2020. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Nancy L. Allf, District Judge
     Paul D.S. Edwards
     Clark McCourt, LLC
     Eighth District Court Clerk

---

[1]Given this dismissal, the motion for stay filed on September 25, 2019, is denied as moot.